# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Cory Faulhaber, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Credit Collections Bureau, | ) | |
| and DOES 1-10 inclusive, | ) | Case No. 1:13-cv-098 |
| | ) | |
| Defendants. | ) | |

On April 22, 2014, the parties filed a Stipulation of Dismissal with Prejudice. The court

**ADOPTS** the parties' stipulation (Docket No. 19) and **ORDERS** that the above-entitled action be

dismissed with prejudice and without costs, disbursements or attorney's fees to any party.

Dated this 22nd day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court